# EXHIBIT A

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Y

FILED
2/14/2023 12:30 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L001340
Calendar, Y
21463842

FILED DATE: 2/14/2023 12:30 PM 2023L001340

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | **2620 - Sec. of State** |
| **2220 - Not Served** | **2221 - Not Served** | **2621 - Alias Sec of State** |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |

**Summons - Alias Summons** **(12/01/20) CCG 0001 A**

---

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Name all Parties

DAVID PADILLA,

Plaintiff(s)

v.

AMERICAN TIRE DISTRIBUTORS, INC.,

Defendant(s)

Case No. 2023L001340

AMERICAN TIRE DISTRIBUTORS, INC.,
c/o Capitol Corporate Services, Inc., R/A, 120
Penmarc Drive, Suite 118, Raleigh, NC 27603

Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail ◉ Sheriff Service ○ Alias

**SUMMONS**

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

FILED DATE: 2/14/2023 12:30 PM 2023L001340

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

◉ Atty. No.: 57415
○ Pro Se 99500

Name: Sean M. Baker

Atty. for (if applicable):

Plaintiff, DAVID PADILLA

Address: 20 South Clark Street, Suite 700

City: Chicago

State: IL Zip: 60603

Telephone: (312) 781-1977

Primary Email: sbaker@seidmanlaw.net

Witness date

2/14/2023 12:30 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: ____

☐ Date of Service: ____
(To be inserted by officer on copy left with employer or other person)

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 4/10/2023 9:00 AM

FILED
2/8/2023 5:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L001340
Calendar, Y
21399387

FILED DATE: 2/8/2023 5:29 PM 2023L001340

**IN THE CIRCUIT COURT OF COOK COUNTY – ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | | |
|---|---|---|
| DAVID PADILLA,<br>Plaintiff, | ) | |
| v. | ) | No.: 2023L001340 |
| AMERICAN TIRE DISTRIBUTORS, INC.,<br>Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, David Padilla, by and through his attorneys, Seidman, Margulis & Fairman, and for his Complaint against the Defendant, American Tire Distributors, Inc., states the following:

1. At all times relevant to this Complaint, the Defendant, American Tire Distributors, Inc. was a foreign corporation conducting and doing business from a common address of 9450 W Sergo Dr, La Grange Highlands, Cook County, Illinois;

2. At all times relevant to this Complaint, the Plaintiff, David Padilla, was a resident of Burbank, Cook County, Illinois;

3. At and around February 2021, the Plaintiff, David Padilla, was employed by American Tire Distributors, Inc. as a truck driver and continued his employment without incident, complaint or disciplinary action up until he was involved in a workplace accident on November 9, 2020 for which he was not at fault;

4. On or about November 9, 2020, the Plaintiff, David Padilla, while working and engaged in his employment duties and capacity for the Defendant was involved in a workplace accident in which he was injured through no fault of his own;

FILED DATE: 2/8/2023 5:29 PM   2023L001340

5. On or about November 16, 2020, the Plaintiff, David Padilla filed an Application for adjustment of Claim with the Illinois Workers' Compensation Commission seeking benefits for the accidental injuries proximately caused by the aforementioned workplace accident. (attached and incorporated herein as Exhibit A is a copy of the Amended Application for Adjustment of Claim);

6. That on or about November 9, 2020, Defendant knew that Plaintiff had been injured in the workplace accident and was subsequently taken "off duty" and released from work by his physicians and considered temporarily totally disabled;

7. That on or about February 18, 2021, the Defendant, by and through its agents and servants, terminated Plaintiff's employment, human resources verbally informing Plaintiff that the reason for his termination was due to Plaintiff seeking benefits under the Illinois Workers' Compensation Act; (See Exhibit B).

8. That at all times relevant stated herein it was the law in the State of Illinois that it is unlawful for an employer to discharge an employee because of the exercise of his or her rights or remedies granted to him or her by the Illinois Workers' Compensation Act. 820 ILCS 305/4(h);

9. That Defendant's sole and exclusive basis for terminating the Plaintiff's employment was in retaliation for Plaintiff's exercise of her rights under the Illinois Workers' Compensation Act, 820 ILCS 305, *et. Seq*;

10. That as a direct and proximate result of Defendant's actions in violation of the statutory provision stated in paragraph seven above, Plaintiff has suffered significant hardship, embarrassment, negative impact on his professional reputation, pecuniary losses and severe emotional distress;

FILED DATE: 2/8/2023 5:29 PM    2023L001340

WHEREFORE the Plaintiff, David Padilla, respectfully requests that this Court enter judgment in his favor and against the Defendant, American Tire Distributors, Inc. in an amount in excess of $50,000.00 plus the costs of this suit and whatever relief this Honorable Court finds just and reasonable.

                                              Respectfully Submitted,

                              By:    /s/Sean M. Baker
                                          Attorney for Plaintiff

Sean M. Baker
Seidman Margulis Fairman, LLP
20 S. Clark Street - Suite 700
Chicago, Illinois 60603
(312) 781-1977 (P)
(312) 853-2187 (F)
Firm No.: 57415
sbaker@seidmanlaw.net

FILED DATE: 2/8/2023 5:29 PM 2023L001340

DocuSign Envelope ID: CDC14615-9F91-4758-A6CD-D4210AB930B7

# ILLINOIS WORKERS' COMPENSATION COMMISSION
## APPLICATION FOR ADJUSTMENT OF CLAIM (APPLICATION FOR BENEFITS)

ATTENTION. Please type or print. Answer all questions. File three copies of this form.

Workers' Compensation Act ☒ Occupational Diseases Act ☐ Fatal case? No ☒ Yes ☐ Date of death ____

NOV 16 2020

20WC028247

David Padilla
Employee/Petitioner

Case #
(Office use only)

v.

American Tire Distributors
Employer/Respondent

Location of accident or last exposure: La Grange Highlands, IL
City, State

David Padilla
Injured employee's name [1]

7711 S. Menard Ave., Burbank, IL 60459
Street address, City, State, Zip code

American Tire Distributors
Employer's name

9450 W. Sergo Dr., La Grange Highlands, IL 60525
Street address, City, State, Zip code

Employee information: State employee? Yes ☐ No ☒ Male ☒ Female ☐ Married ☒ Single ☐

#Dependents under age 18 1 Birthdate 1/22/71 Average weekly wage $1,000.00

Date of accident[2] 11/9/20 The employer was notified of the accident orally ☒ in writing ☐

How did the accident occur? Injury occured while lifting semi-truck tires.

What part of the body was affected? Right shoulder

What is the nature of the injury? TBD Return-to-work date [3] N/A

Is a *Petition for an Immediate Hearing* attached? Yes ☐ No ☒

Is the injured employee currently receiving temporary total disability benefits? Yes ☐ No ☒

If a prior application was ever filed for this employee, list the case number and its status ____

FILED
2/8/2023 5:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L001340
Calendar, Y

ATTENTION, PETITIONER. This is a legal document. Be sure all blanks are completed correctly and you understand the statements before you sign this. Refer to the Commission's *Handbook on Workers' Compensation and Occupational Diseases* [4] for more information.

DocuSigned by:
[signature]
52AF7F6F5F4D433...
Signature of petitioner

11/13/20
Date

### APPEARANCE OF PETITIONER'S ATTORNEY

Please attach a copy of the *Attorney Representation Agreement.*

[signature]
Signature of attorney

20 S. Clark St., Suite 700
Street address

Steven Seidman #1747
Attorney's name and IC code # [5] (please print)

Chicago, IL 60603
City, State, Zip code

Seidman, Margulis & Fairman, LLP
Firm name

(312) 781-1977
Telephone number

ssseidman@seidmanlaw.net
E-mail address

EX. A

FILED DATE: 2/8/2023 5:29 PM 2023L001340

704-992-2000
12200 Herbert Wayne Court
Suite 150
Huntersville, NC 28078
www.atd-us.com

June 8, 2022

To Whom it May Concern:

This is to confirm that David Padilla is a former Delivery Driver of American Tire Distributors, Inc. David's hire date was on 06/29/2011 and his termination date was 2/18/2021.

Please call me if you have any questions.

Sincerely,

*Aracely Carranza*

Aracely Carranza
Human Resources Coordinator
American Tire Distributors, Inc.
704-632-7100

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 4/10/2023 9:00 AM

FILED
2/8/2023 5:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L001340
Calendar, Y
21399387

FILED DATE: 2/8/2023 5:29 PM 2023L001340

**IN THE CIRCUIT COURT OF COOK COUNTY – ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

DAVID PADILLA,
Plaintiff,

v.

AMERICAN TIRE DISTRIBUTORS, INC.,
Defendant.

No.: 2023L001340

AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

The undersigned, as attorney for the Plaintiff, reasonably believes and hereby certifies that the damages for which Plaintiffs pray in its Complaint exceeds $50,000.00.

Respectfully submitted,
Seidman, Margulis & Fairman

By: /s/Sean M. Baker
One of the attorneys for Plaintiff

Sean M. Baker
Seidman, Margulis & Fairman
Two First National Plaza
20 South Clark Street, Suite 700
Chicago, IL 60603
(312) 781-1977
sbaker@seidmanlaw.net
Attorney No.: 57415